*If this opinion indicates that it is "FOR PUBLICATION," it is subject to revision until final publication in the Michigan Appeals Reports.*

# STATE OF MICHIGAN

# COURT OF APPEALS

DARNELL HAIRSTON,

        Plaintiff/Garnishee Plaintiff-
        Appellant,

v

JOSH LKU, ZEELAND FARM SERVICES, INC.,
ZEELAND FARM SOYA, INC., and ZFS
LICENSING, INC.,

        Defendants,
and

SPECIALTY INDUSTRIES, INC.,

        Defendant-Appellant,
and

BURLINGTON INSURANCE CO.,

        Garnishee Defendant-Appellee,
and

EVANSTON INSURANCE CO.,

        Garnishee Defendant.

FOR PUBLICATION
November 21, 2023

No. 363030
Ottawa Circuit Court
LC No. 17-004993-NO

Before: RICK, P.J., and SHAPIRO and YATES, JJ.

SHAPIRO, J. (*concurring in part, dissenting in part*).

I concur with the majority opinion in full as to the issues regarding garnishment. However, I dissent as to sanctions because although the filing of the garnishment in state court was arguably

-1-

inconsistent with the trial court's prior order, I see no basis to conclude that it was filed to harass or delay.

/s/ Douglas B. Shapiro